PEOPLE ex rel: TROY WASTE MFG. CO., Appellant, v. MOLLEUR et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of the Troy Waste Manufacturing Company, against Israel Molleur and others. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. UFFNER, Respondent, v. F. L. SCHAFUSS CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York, on the relation of Hyman Uffner, against the F. L. Schafuss Company and others. L. D. Armstrong, of New York City, for appellants. H. B. Tibbetts, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. UNITED WASTE MFG. CO., Appellant, v. MOLLEUR et al. Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of the United Waste Manufacturing Company, against Israel Molleur and others. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. VON CLAUSEN v. HANLEY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York, on the relation of Ida Von Clausen, against John J. Hanley, Warden, etc. No opinion. Motion denied. Settle order on notice.

PEOPLE ex rel. WADSWORTH v. MURPHY et al. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Proceeding by the People of the State of New York, on the relation of James W. Wadsworth, against Matthew J. Murphy and others.

PER CURIAM.· Writ of certiorari sustained, determination of town board annulled and set aside, and the town board directed to audit relator's claim at the sum of $240, with $50 costs and disbursements to relator. The certificate of the fence viewers was presumptive evidence of the value of the sheep, which was not overcome.

PEOPLE ex rel. WEISS v. PHILIP BERNSTEIN SICK & BENEFIT SOCIETY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York, on the relation of Isidor Weiss, against the Philip Bernstein Sick & Benefit Society. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

PERSIO, Respondent, v. ALBANY CAR WHEEL CO., Appellant. · (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by John Persio against the Albany Car Wheel Company. No opinion. Judgment and order unanimously affirmed, with costs.

PESHKIN v. McCANN et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Nathan Peshkin against Thomas H. McCann, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PETRIE, Respondent, v. GAIS, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1914.)· Action by George D. Petrie against Reuben Gais. No opinion. Judgment affirmed, with costs.

PETRIE v. MEIXEL et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by August Petrie against Walburga C. Meixel, impleaded with others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

PHILLIPS, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Margaret E. Phillips, as administratrix, etc., against the Crosstown Street Railway Company of Buffalo and another. No opinion. Motion to amend order of reversal, so as to state that the reversal (157 App. Div. 876, 143 N. Y. Supp. 183), was made upon questions of law only, and that the facts had been examined and no error found therein, denied, with $10 costs.

In re PITKIN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) In the matter of the application of the city of New York relative to acquiring title, etc., opening and extending Pitkin Avenue, etc., in which Harris Brenowitz and others appeal. No opinion. Order affirmed, with $10 costs and disbursements.

PLANDOME HEIGHTS CO. v. NUGENT et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by the Plandome Heights Company against Charles Franklin Nugent and another. No opinion. Order affirmed, with $10 costs and disbursements.

POTAROS v. FIFTH AVE. BLDG. CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Gregory Potaros against the Fifth Avenue Building Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.